IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYRONE DAVIS SMITH,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 17-cv-49-bbc

STATE OF WISCONSIN COURT OF
APPEALS, DISTRICT ONE,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing the petition of Tyrone Davis Smith for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 5/22/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |